

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-12-0353-CR

_____

JONATHAN DWAYNE HILLYER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 251st District Court
Randall County, Texas
Trial Court No. 23361-C, Honorable Ana Estevez, Presiding

March 8, 2013

## ON MOTION TO DISMISS

Before Quinn, C.J., and Hancock and Pirtle, JJ.

Appellant, Jonathan Dwayne Hillyer, filed Notice of Appeal seeking appeal of a judgment convicting him of the offense of evading detention, and sentence of three years confinement in the Institutional Division of the Texas Department of Criminal Justice, suspended for a period of four years. Appellant's counsel filed a Motion to Dismiss Appeal on March 4, 2013.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Mackey K. Hancock
Justice

Do not publish.